No. 00–7116.  BROWN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–7117.  SIMMONS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–7119.  WILSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–7121.  THOMAS v. BOARD OF EDUCATION FOR THE SCHOOL DISTRICT OF PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–7123.  RHUDY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7124.  PETERSON v. LEE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 00–7125.  NAJARZADEH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–7127.  TAYLOR v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–7129.  WILSON v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 00–7138.  JONES v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 00–7143.  SCANGA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–7145.  CAMARILLO-HERNANDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7147.  IZAGUIRRE-LOSOYA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7151.  SANCHEZ-ZUNIGA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7152.  BEMORE v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 00–7155.  MAXIM v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.